# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2013

### NO. 03-08-00022-CV

**Diana L. Morris a/k/a Diana Aguilar and Phillip Morris, Appellants**

**v.**

**Juan Aguilar and Margarita Aguilar, Appellees**

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PURYEAR**

**IT APPEARING** to this Court that the appellants have failed to file a brief, and, accordingly, have failed to prosecute the appeal: **IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution. **IT IS FURTHER** ordered that the appellants pay all costs relating to this appeal both in this Court and the court below; and that this decision be certified below for observance.